IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR L. HALL, JR., | No. 2:06-cv-1214-MCE-EFB-PS |
| Plaintiff, | |
| v. | ORDER |
| WASHOE TRIBE OF CALIFORNIA & NEVADA, CHAIRMAN & COURT & CHIEF OF POLICE OF SAID TRIBE, | |
| Defendants. _____/ | |

On August 15, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.[1]

///

///

---

[1] Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

1

Accordingly, the court presumes any findings of fact are correct.  See <u>Orland v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are reviewed de novo.  See <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed findings and recommendations in full.

Accordingly, IT IS ORDERED that:

1.  The proposed findings and recommendations filed August 15, 2006, are ADOPTED; and

2. This action is dismissed.  Fed. R. Civ. P. 41(b); 28 U.S.C. §§ 1915(e)(2)(B)(ii); Fed. R. Civ. P. 12(b)(1).

DATED:  October 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE